**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

DAQUAWAN REDMOND,

Petitioner

: No. 202 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.